UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

KENNETH ABARE,

         Plaintiff,
v.                                      Case No. 8:18-cv-805-T-33SPF

AUTO-OWNERS INSURANCE COMPANY,

         Defendant.
_____/

                      **ORDER APPOINTING MEDIATOR**

    This matter comes before the Court pursuant to the Joint Motion to Set Mediation and Substitute Mediator (Doc. # 42), which was filed on November 27, 2018. The Court grants the Motion. In accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as mediator in this action:

> **Name of Mediator**:   Thomas Bateman, Esq.
> **Address**:            2618 Centennial Place
>                         Tallahassee, Florida 32308
> **Telephone**:          (850) 222-0720

    By agreement of the parties, the mediation conference is scheduled for **December 5, 2018,** at the Calhoun Correctional Institute.

    The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties,

corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of November, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE